No. 93–665.  JABE, WARDEN, ET AL. *v.* BUNKER.  C. A. 6th Cir. Certiorari denied.

No. 93–725.  CHERAMIE ET AL. *v.* EXXON CORP. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 93–738.  OBERLE, AKA JONES *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 93–746.  CONFERENCE OF AFRICAN UNION FIRST COLORED METHODIST PROTESTANT CHURCH ET AL. *v.* MOTHER AFRICAN UNION FIRST COLORED METHODIST PROTESTANT CHURCH ET AL. Sup. Ct. Del.  Certiorari denied.

No. 93–748.  ZARICK *v.* CONNECTICUT.  Sup. Ct. Conn.  Certiorari denied.

No. 93–802.  WOTNOSKE *v.* WISCONSIN.  Ct. App. Wis.  Certiorari denied.

No. 93–5290.  BLAIR *v.* CINNAMOND ET AL.  C. A. 9th Cir. Certiorari denied.

No. 93–5760.  CRESPO *v.* UNITED STATES POSTAL SERVICE. C. A. Fed. Cir.  Certiorari denied.

No. 93–5768.  PEMBERTON *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 93–5836.  ALEXANDER *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 93–5838.  GONZALEZ-LOPEZ *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 93–5839.  HAWKINS *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 93–5963.  SOCHOR *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 93–5964.  TRICE *v.* OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.